No. 29, October Term, 1957. UNITED STATES *v.* CENTRAL EUREKA MINING CO. ET AL., 357 U. S. 155;

No. 63, October Term, 1957. BEILAN *v.* BOARD OF PUBLIC EDUCATION, SCHOOL DISTRICT OF PHILADELPHIA, 357 U. S. 399;

No. 165, October Term, 1957. LERNER *v.* CASEY ET AL., CONSTITUTING THE NEW YORK CITY TRANSIT AUTHORITY, 357 U. S. 468;

No. 107, October Term, 1957. HANSON, EXECUTRIX, ET AL. *v.* DENCKLA ET AL., 357 U. S. 235;

No. 117, October Term, 1957. LEWIS ET AL. *v.* HANSON, EXECUTRIX AND TRUSTEE, ET AL., 357 U. S. 235;

No. 178, October Term, 1957. CROOKER *v.* CALIFORNIA, 357 U. S. 433;

No. 419, October Term, 1957. EASTERN AIR LINES, INC., *v.* MOE, 357 U. S. 936;

No. 562, October Term, 1957. RUPP *v.* DICKSON, ACTING WARDEN, 357 U. S. 549;

No. 668, October Term, 1957. GORE *v.* UNITED STATES, 357 U. S. 386;

No. 947, October Term, 1957. PENNSYLVANIA ET AL. *v.* BOARD OF DIRECTORS OF CITY TRUSTS OF PHILADELPHIA ET AL., 357 U. S. 570;

No. 975, October Term, 1957. FARMER *v.* UNITED STATES ET AL., 357 U. S. 906;

No. 1002, October Term, 1957. FLORIDA EX REL. ARNOLD *v.* REVELS, CIRCUIT COURT JUDGE, 357 U. S. 925;

No. 1004, October Term, 1957. KNIGHT MORLEY CORP. *v.* NATIONAL LABOR RELATIONS BOARD, 357 U. S. 927;

No. 1037, October Term, 1957. KAMEN SOAP PRODUCTS CO., INC., *v.* UNITED STATES, 357 U. S. 939;

No. 1047, October Term, 1957. COSTELLO *v.* UNITED STATES, 357 U. S. 937. Petitions for rehearing denied.